[No. 6841–1.  Division One.  September 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES EDWARD BURDETTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84407, Francis E. Holman, J., entered July 10, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Andersen and Ringold, JJ.

[No. 2932–3.  Division Three.  September 19, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY L. BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26087, George T. Shields, J., entered May 12, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 3559–2.  Division Two.  September 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHON THOMES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3590, Robert J. Bryan, J., entered May 25, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 3494–2.  Division Two.  September 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY LOUIS LAWRENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 53051, Stanley W. Worswick, J., entered May 18, 1978. *Remanded* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.